≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF          Nevada

Heidi Duffy,

              Plaintiff,

V.

MortgageIt, Inc., et al.,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01780-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Defendants MortgageIt, Inc., One West Bank, FSB, Trustee Corps and against Plaintiff Heidi Duffy without prejudice.

| | |
|---|---|
| December 11, 2009 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |